| DISTRICT | OFF. | DOCKET NO. YR. NUMBER | | OR | FILING DATE MO. DAY YR. | | | J | NATURE SUIT | DIV. | R DEF. | DEMAND THOUSANDS | JUDGE | MAG. | COUNTY | JURY DEM. | DOCKET YR. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1127 | 2 | 87T | 1293 | N | 03 | 06 | 87 | 3 | 441 | | 1 | | 2706 | | 01115 | | 87T 1293N |

CAUSE:       PLAINTIFFS                                                         DEFENDANTS

JOHN DILLARD; DAMASCUS             v    TOWN OF SPRINGVILLE
CRITTENDEN, JR.; EARWEN
FERRELL; CLARENCE J. JARRELLS;
ULLYSSES MC BRIDE; and LOUIS
HALL, JR.

## CAUSE
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE
IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

42 USC §§ 1973 and 1983; Alleged violation of Section 2 of Voting Rights Act thru use of at-large election system.

### ATTORNEYS

James U. Blacksher
465 Dauphin Street
Mobile, AL  36602
433-2000

Larry Menefee
5th Floor, Title Bldg.
300 21st Street, N
Birmingham, AL  35203
322-7300/322-7313

Edward Still
REEVES & STILL
714 South 29th Street
Birmingham, AL  35233-2810
322-6631

Julius L. Chambers
Lani Guinier
Pamela Karlan
NAACP Legal Defense Fund
99 Hudson Street
16th Floor
New York, NY 10013 [212 219-1900]

~~Don Siegelman~~ Jimmy Evans
Alabama Attorney General

~~Susan Russ~~ Mort P. Ames
Assistant Attorney General
Office of Attorney General
Alabama State House
11 South Union Street
Montgomery, AL  36130
261-7406

David Boyd
BALCH & BINGHAM
P. O. Box 78
Montgomery, AL  36101
834-6500

William J. Trussell
CHURCH, TRUSSELL & ROBINSON, P.C.
1904 Cogswell Avenue
Pell City, AL  35125
338-2295

| X CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | | | | JS-5 | 12/5/87  3/5/92 |
| | | | | JS-6 | 7/5/88  4/5/92 |

UNITED STATES DISTRICT COURT DOCKET                                    DC-111 (Rev: 1/87)

THIS CASE IS A DERIVATIVE OF 85-T-1332-N, JOHN DILLARD; et al. v. CRENSHAW COUNTY, ALABAMA, etc., et al. FOR THE PURPOSE OF ORDERS THAT RELATE TO THIS CASE PRIOR TO 8/13/87 SEE DILLARD CASE FILE AND DOCKET SHEET.

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET   (Atty William Trussell)

| PLAINTIFF | DEFENDANT | DOCKET NO. ~~85-T-1332-N~~ |
|---|---|---|
| JOHN DILLARD; et al. | CRENSHAW COUNTY, ALABAMA, etc., et al<br>RE: TOWN OF SPRINGVILLE | 87-T-1293-N<br>PAGE 2 OF ____ PAGES |

| DATE 1987 | NR. | PROCEEDINGS |
|---|---|---|
| Aug. 13 | | Town of Springville's selection of defendant subclass Option A. Referred to Judge Thompson. (Cy furnished Magistrate Carroll.) |
| Sep. 14 | | ORDER as follows: (1) by **9/17/87** the plaintiff class shall serve and file, individually with respect to each jurisdiction which is a member of subclass A, a **detailed statement of the plaintiffs' claims**; (2) not later than **9/25/87**, the respective jurisdictions which are members of subclass A shall individually **respond to the statement filed by the plaintiff class** pursuant to paragraph one; (3) a **status conference** will be held **Tuesday, 9/29/87** at 2:00 p.m., federal courthouse, Montgomery; (4) at the status conference, the subclass A jurisdictions should be prepared to nominate to the court a person to serve as liaison counsel for subclass A; (5) other matters, including scheduling of trials of liability and remedy issues for subclass A jurisdictions, will be addressed at the status conference; (6) the Clerk is DIRECTED to send a copy of this order to all jurisdictions which are members of subclass A. (Copies mailed to counsel, including counsel for subclass A jurisdictions; furnished Magistrate Carroll.) EOD 9/14/87. |
| 18 | | Plaintiffs' statement of claim against Subclass A member Town of Springville. Referred to Judge Thompson. (Cy furnished Magistrate Carroll.) |
| 25 | | Response of Town of Springville to plaintiffs' statement of claim. Referred to Judge Thompson. (Cy furnished Magistrate Carroll.) |
| 30 | | NOTICE OF PRETRIAL HEARING ORDER setting **pretrial hearing** in Montgomery on 1/4/88, at 2:30 p.m. (Copies mailed to counsel, including main counsel; furnished Magistrate Carroll.) EOD 10/1/87. |
| 30 | | **ORDER** allowing the parties until **1/4/88**, to complete discovery and to exchange lists of witnesses and exhibits; allowing parties until **11/1/87**, to file dispositive motions; directing plaintiffs and each subclass A jurisdiction to draft and exchange proposed redistricting plans by **1/4/88**. (Copies mailed to main counsel and counsel for subclass A jurisdictions; furnished Magistrate Carroll.) EOD 10/1/87. |
| Oct. 2 | | Plaintiffs' suggestions for designation of defendant Subclass A representatives and liason counsel. Referred to Judge Thompson. (Cy furnished Magistrate Carroll.) |
| 5 | | ORDER allowing all subclass A members 7 days from the date of this order to file responses to plaintiff's suggestions for designation of defendant Subclass A representatives and liaison counsel. (Copies mailed to counsel.) EOD 10/6/87. |
| 13 | | Plaintiffs' amendment to suggestions for designation of defendant subclass A representatives and liaison counsel. Referred to Judge Thompson. (Cy furnished Magistrate Carroll.) |
| 14 | | ORDER allowing all subclass A members 7 days from the date of this order to file responses to plaintiffs' 10/13/87 amendment to suggestions for designation of defendant subclass A representatives and liaison counsel. (Copies mailed to counsel.) (Cy furnished Magistrate Carroll.) EOD 10/14/87. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET   (Atty William Trussell)

| PLAINTIFF<br>JOHN DILLARD, et al. | DEFENDANT<br>CRENSHAW COUNTY, ALABAMA, etc., et al.<br>RE: TOWN OF SPRINGVILLE | DOCKET NO. 85-T-1332-N<br>87-T-1293-N<br>PAGE 3 OF ___ PAGES |
|---|---|---|

| DATE 1987 | NR. | PROCEEDINGS |
|---|---|---|
| Oct. 16 | | Plaintiffs' request for admissions. Referred to Judge Thompson. (Cy furnished Magistrate Carroll. |
| 20 | | ORDER and JUDGMENT (1) DIRECTING counsel for plaintiffs and counsel for all Subclass A members to file with the clerk all discovery materials relating to Subclass A members; and (2) DIRECTING clerk to accept all such discovery materials. (Copies mailed to counsel.) EOD 10/21/87. |
| 22 | | Plaintiffs' first discovery request from subclass A defendant Town of Springville. Referred to Judge Thompson. |
| Nov. 2 | | Town of Springville's motion to transfer to Subclass B defendant. Referred to Judge Thompson. (Cy furnished Magistrate Carroll.) |
| 5 | | ORDER granting Town of Springville's 11/2/87 motion to transfer and directing that said defendant is **transferred to Subclass B**. ORDERING that said defendant is subject to the October 30, October 20, and September 14, 1987, orders of the court regarding Subclass B, copies of which orders are attached to this order; ORDERING that said defendant is allowed until 11/19/87 and the plaintiffs are allowed until 11/30/87 to comply with the 9/14/87 order. (Copies mailed to counsel.) EOD 11/5/87. Copies furnished Magistrates Carroll and Coody. |
| 10 | | Plaintiffs' submission of remedy proposals. Referred to Judge Thompson. Copies furnished Magistrates Carroll and Coody. |
| 18 | | Town of Springville's proposed election plan. Referred to Judge Thompson. Copy furnished Magistrate Carroll. |
| 18 | | Affidavits of plaintiffs John Dillard, Damascus Crittenden, Jr., Earwan Ferrell, Jr., Clarence J. Jairrels, Dr. Ullysses McBride and Louis Hall, Jr. (in support of IFP status for consolidated cases 87-T-1150-N thru 87-T-1316-N.) |
| 18 | | ORDER that the plaintiffs are allowed to proceed in forma pauperis and without prepayment of filing fees in these cases (87-T-1150-N thru 87-T-1316-N), the court being of the opinion from the affidavits filed by the plaintiffs that they cannot afford the filing fees in these consolidated cases in the amount of $20,520.00. (Copies mailed to counsel.) (Copies furnished Magistrates Carroll and Coody.) EOD 11/18/87. |
| 1988<br>Jan. 26 | | Magistrate Carroll's ORDER FOR CERTAIN SUBCLASS B JURISDICTIONS that Subclass B jurisdictions which have agreed upon a remedy, but have not submitted settlement documents shall, by **2/12/88**, file with the court either (1) an appropriate package of settlement documents; or (2) a detailed explanation of the reason for the jurisdiction's inability to submit settlement documents by that date; that all Subclass B jurisdictions which have not reached a settlement, and which are not already set for a remedy hearing, shall, by **2/12/88**, file with the court a statement advising the court of the jurisdiction's case status so that the court may schedule remedy hearings where appropriate; that, at or before the time of any hearing to ascertain fairness of proposed settlement agreement, the jurisdiction shall file with the court or the Attorney General evidence (affidavit of publication) that notice to class has been |

CIVIL DOCKET CONTINUATION SHEET   (Atty William Trussell)

| PLAINTIFF | DEFENDANT | DOCKET NO. 87-T-1293-N |
|---|---|---|
| JOHN DILLARD, et al. | TOWN OF SPRINGVILLE | PAGE 4 OF ___ PAGES |

| DATE 1988 | NR. | PROCEEDINGS |
|---|---|---|
| Jan. 26 | | ORDER (Cont'd) published in accordace with the court's lorder requiring same and a copy of the letter from the Attorney General of the United State granting preclearance of the proposed remedy under Section 5 of the Voting Rights Act of 1965, USC 1973. (Copies mailed to counsel.) |
| Mar. 22 | | Parties' joint motion for notice and approval of proposed compromise and settlement. (Proposed first order tentatively approving compromise and requiring notice to the class, proposed notice to class, proposed finding and recommendation of the Magistrate, proposed final order approving settlement and proposed consent decree, with exhibits, attached.) Referred to Magistrate Carroll and Judge Thompson. |
| | 29 | FIRST ORDER TENTATIVELY APPROVING COMPROMISE AND REQUIRING NOTICE TO THE CLASS directing the defendant to cause the notice attached to this order to be published in The St. Clair News Aegis once a week for 3 successive weeks prior to 4/26/88; directing that maps of the districts shall be displayed in the City Hall during normal business hours; ordering that copies of the attached notice be provided by the defendant to representatives of all local media and to any black community organizations who may request a copy thereof; DIRECTING the Magistrate to conduct a hearing for considering any objections by members of the plaintiff class to the proposed compromise and settlement. The **hearing** shall be held in the federal courthouse, Montgomery, Alabama, on **5/6/88** at 1:00 p.m. (Notice attached requires objections to be filed by 5/3/88.) (Copies mailed to counsel.) EOD 3/29/88. |
| Apr. 22 | | Plaintiffs' motion for award of attorneys fees and expenses from members of subclasses B and C. Referred to Judge Thompson. |
| | 22 | Plaintiffs' motion to schedule plaintiffs' claim for fees and expenses. Referred |
| | 28 | ORDER [CA Nos. 87-T-1150-N thru 87-T-1316-N, all Subclass B and C defendants--except Baldwin County Board of Education and City of Lisman] as follows: 1. Liaison counsel shall receive all pleading, file all responses, and conduct all proceedings on behalf of the defendant jurisdictions relative to plaintiffs' motion for fees. 2. By 5/16/88 liaison shall provide all defendant jurisdictions with a summary of plaintiffs motion for fees and a copy of this order and shall notify those jurisdictions of their right to object to the motion for fees and shall provide the defendants with a general outline of a plan to apportion among the defendants the fees, etc., awarded to plaintiffs. 3. Any defendant jurisiction which wishes to object to plaintiffs' motion for fees shall by 5/30/88 provide liaison counsel with a statement of its objection. |

OVER

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 87-T-1293-N |
|---|---|---|
| JOHN DILLARD, et al. | TOWN OF SPRINGVILLE | PAGE 5 OF ___ PAGES |

| DATE 1988 | NR. | PROCEEDINGS |
|---|---|---|
| Apr 28 | | ORDER Cont'd<br>4. On or before **6/10/88** liaison counsel shall file with the court any objections, along with evidentiary materials supporting such objections, etc.  5. By **6/24/88** plaintiffs shall file their brief in support of their motion for fees.  6. By **7/1/88** liaison counsel shall file on behalf of the defendant jurisdictions any reply brief.  7. A **hearing** on the plaintiffs motion for fees will be conducted on **7/8/88** at 10 a.m.; defendant jurisdictions to be represented by liaison counsel.  8. By **6/10/88** liaison counsel shall also file with the court a final proposal for apportionment among the defendant jurisdictions of the fees, etc., to be awarded by the court; copy to be sent to each jurisdiction; defendants which object to apportionment system shall advise liaison counsel by 6/24/88; liaison counsel shall advise the court of any such objections by 7/1/88; any objections to be considered at the 7/8/88 hearing. (Copies mailed to counsel.) EOD 4/29/88. |
| May 6 | | **Hearing** - proposed settlement (Magistrate Coody). |
| 6 | | Courtroom Deputy's minutes of 5/6/88 hearing; witness list attached. |
| 12 | | Defendant's proof of publication. Referred to Magistrate Coody. |
| 17 | | ORDER REGARDING ATTORNEY FEES AND EXPENSES (1) DIRECTING clerk to set up a single separate file and docket sheet for the issues of attorney fees and expenses; (2) directing that all pleadings and orders regarding the issues of attorney fees, etc., are to be filed in separate file; (3) directing that separate file is incorporated in, and made a part of, each and every file for civil action nos. 85-T-1332-N and 87-T-1150-N thru 87-T-1316-N; (4) directing that Clerk need serve copies of this order and all future orders regarding attorney fees, etc., on only counsel for plaintiffs, counsel for Alabama Attorney General, and liaison counsel; and (5) directing that counsel need file only one copy of pleadings with the court. (Copies mailed to counsel.) EOD 5-17-88. |
| 27 | | Received cy of U. S. Department of Justice's ltr to defendant re preclearance. EOD 6/3/88. |
| Jun 7 | | Magistrate Coody's FINDING AND RECOMMENDATION that the Court give immediate final approval of the proposed consent decree. (Copies mailed to counsel.) EOD 6/7/88. |
| 7 | | FINAL ORDER APPROVING SETTLEMENT (1) approving and adopting the recommendation of the Magistrate; and (2) approving finally the proposed consent decree previously submitted by parties. (Copies mailed to counsel.) EOD 6/7/88. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 87-T-1293-N |
|---|---|---|
| JOHN DILLARD, et al. | TOWN OF SPRINGVILLE | PAGE 6 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1988 | | |
| Jun 7 | C | CONSENT DECREE that defendant, its agents, etc., are **ENJOINED** from conducting elections for the city council under the present at-large election system, and are FURTHER **ENJOINED** as follows: (1) The city council shall consist of 7 members elected from 7 single member districts; maps and description are attached; members so elected shall continue to have 4 year terms. (2) Elections shall be conducted at regularly scheduled elections in the summer of 1988. (3) Pursuant to Alabama Act No. 87-191, defendant shall adopt an ordinance to enact the single-member district plan; finally approved court ordered plan shall remain in effect only until such ordinance is adopted. (4) Black citizens will be appointed as poll officials and to boards and committees in numbers that reasonably reflect the racial composition of the municipality. (5) Defendant will adopt a plan to assign voters to single-member districts not later than 6 months prior to scheduled election and shall be implemented and completed not later than 3 months prior to election. (6) Plaintiffs are prevailing parties for the purpose of attorneys' fees, etc.; if not resolved by parties the court will, upon proper motion by any party, set the issue for hearing. (Copies mailed to counsel without attachments.) EOD 6/7/88. |
| Sep 1 | | Plaintiffs' notice of attorneys' withdrawal (Menefee and Guinier) and substitution (Ifill substituted for Karlan). |
| 1992 | | |
| Jan. 27 | | Plaintiffs' **motion** for additional relief with respect to redistricting and the 1992 elections. Referred to Judge Thompson. |
| Feb 6 | | **ORDER** that defendant jurisdictions show cause in writing, if any, as to why motion for additional relief, filed by plaintiffs on 1-27-92, should not be granted. (Copies mailed to counsel.) EOD: 2-7-92 |
| Feb. 21 | | Defendant's **response** to show cause order. Referred to Judge Thompson. (Exhibits attached.) |
| * Feb. 25 | | Plaintiffs' **withdrawal** of motion for additional relief with respect to redistricting and the 1992 elections. Referred to Judge Thompson. |
| Feb. 26 | | Plaintiffs' **motion** to join attorney general as defendant. Referred to Judge Thompson. |
| Mar. 2 | | **ORDER** that the State Attorney General show cause, if any, in writing within ten days as to why said motion to join Attorney General of Alabama as an additional defendant should not be granted. |
| Mar. 3 | | **ORDER** that plaintiffs' motion for additional relief with respect to redistricting and the 1992 elections is withdrawn. (Copies mailed to counsel.) |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET  (Atty. William J. Trussell)

| PLAINTIFF | DEFENDANT | DOCKET NO. 87-T-1293-N |
|---|---|---|
| JOHN DILLARD, et al. | TOWN OF SPRINGVILLE | PAGE 7 OF ___ PAGES |

| DATE 1992 | NR. | PROCEEDINGS |
|---|---|---|
| *Feb. 24 | | **ORDER** that David R. Boyd is removed as liaison counsel for defendant subclasses B and C; further **ORDERED** that Mort P. Ames, Deputy State Attorney General is appointed liaison counsel for defendant subclasses B and C; further **ORDERED** that no later than 03/06/92 plaintiffs and liaison counsel (1) shall meet with each other to develop procedures as to how the court should proceed in light of responses from defendant subclasses B and C, and (2) shall submit such procedures to the court. |