IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN DILLARD, et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:87cv1293-MHT |
| TOWN OF SPRINGVILLE, | ) | (WO) |
| | ) | |
|    Defendant. | ) | |

CONSENT FINAL JUDGMENT

There being no objection to defendant Town of Springville's motion for final dismissal of this action filed October 30, 2006 (Doc. No. 2); and Alabama Act No. 2006-252 having received § 5 preclearance, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Said motion is granted.

(2) It is DECLARED as the judgment of this court that Alabama Act No. 2006-252 provides state legislative authority for the method of election and number of seats prescribed by the consent decree and order of this court entered June 7, 1988, providing that the Town Council of

the Town of Springville shall be composed of seven members elected from single-member districts.

(3) The injunction contained in the prior judgment of this court to the extent it pertains to defendant Town of Springville is dissolved.

(4) All claims against the defendant Town of Springville in this action are dismissed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 31st day of October, 2006.

                           /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**